**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES DEPARTMENT OF JUSTICE,

    Plaintiff,

v.                                      Case Number: 06-CR-20664-02

FIKRI MAMDOUH,

    Defendant.
                                            /

### ORDER DENYING DEFENDANT'S "MOTION FOR RETURN OF SEIZED PROPERTY"

Defendant, who began serving a thirty month sentence of incarceration in November, 2007, brings this motion seeking return of a Jordanian passport in his name, apparently seized in the course of his prosecution. Defendant is a "legal alien" citizen of Jordan, according to the presentence report. It is unknown to the court whether Defendant will be held for deportation following his release from incarceration. It is entirely clear, though, that Defendant has no need for a passport while serving his sentence. Defendant may later have a better basis to bring this matter to the court's attention. If he does, Defendant must comply with Local Rule 7.1(a) in attempting to gain the concurrence of the government before filing a motion in the future.

IT IS ORDERED that Defendant's motion for return of property is DENIED WITHOUT PREJUDICE.

                                                      s/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: November 13, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 13, 2008, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\06-20994.MAMDOUH.DenyMotionToReturnPassport.wpd
2